UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZMINE I. ROBERTS,<br><br>       Plaintiff,<br><br>  -against-<br><br>UNITED STATES MARSHALL SERVICE,<br>ET AL; UNIDENTIFIED EMPLOYEE<br><br>       Defendant. | 21-CV-11234 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the July 27, 2022, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 27, 2022
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge